RECEIVED MAR 29 2023 PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/23

PAULINO, JOVANNY
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

ROYCE, MARK
(List the full name(s) of the defendant(s)/respondent(s).)

1:20 CV 05067 (MKV)(BCM)

Application for the Court to
Request Pro Bono Counsel

**MEMO ENDORSED**

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☑ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I do not have the neccessary funds to cover the cost of obtaining an attorney at this time, to help me prepare for this motion, plus, I do not understand the english language to good.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I've contacted numerous attorneys asking for HELP, but they all request for money that I do not have. Joel Rudin is one of the few.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: Spanish.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

Date: 3-23-2023

Signature: Jovanny Paulino

Name (Last, First, MI): Paulino, Jovanny

Prison Identification #: 16-A-3381

Address: GreenHaven Corr. Fac. P.O. Box 4000
City: Stormville
State: N.Y.
Zip Code: 12582

Telephone Number:

E-mail Address (if available):

---

Application DENIED. The habeas petition in this matter is fully briefed. Petitioner does not identify any further legal work to be done that would require the assistance of pro bono counsel. SO ORDERED.

Barbara Moses
United States Magistrate Judge
March 30, 2023