**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
JOVANNY PAULINO,

                Plaintiff,                          20 **CIVIL** 5067 (MKV)(BCM)

         -against-                                  **JUDGMENT**

MARK MILLER, Superintendent, Green
Haven Correctional Facility,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2023, the Court adopts the Report & Recommendation in its entirety. The Petition is DENIED. The Court declines to issue a certificate of appealability because Paulino has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); accordingly, the case is closed.

**Dated:**  New York, New York

      September 29, 2023

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                        **BY:**

                                                    **Deputy Clerk**